```
 1  JULIE L. TAYLOR, CASB No. 154341
    julie.taylor@kyl.com
 2  JAMES F. ALEXANDER, CASB No. 258111
    james.alexander@kyl.com
 3  ELYSE W. GRANT, CASB No. 271635
    KEESAL, YOUNG & LOGAN
 4  A Professional Corporation
    450 Pacific Avenue
 5  San Francisco, California  94133
    Telephone:     (415) 398-6000
 6  Facsimile:     (415) 981-0136

 7  Attorneys for Defendants
    CITICORP INC., CITIBANK, N.A., and
 8  CITIGROUP GLOBAL MARKETS INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH BREISACHER, an individual, | Case No. CV-12-1228 ~~LB~~ CRB |
| Plaintiffs, | **STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| CITICORP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff ERICH BREISACHER ("Plaintiff") and Defendants CITICORP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC. ("Defendants"), through their respective counsel, that Defendants, and each of them, may have up to and including **May 1, 2012**, within which to answer the Complaint filed by Plaintiff. Defendants will file their Certificate of Interested Parties at that time. This stipulation shall not be deemed a waiver of any defense that may be brought pursuant to Federal Rule of Civil Procedure 12(b). There are no scheduled events or deadlines fixed by the Court that will be altered because of this enlargement of time. Accordingly, no order of the Court approving this stipulation is

1 | required. *See* Civ. L.R. 6-1(a).

3                                    /s/ Bethany Caracuzzo
                        (Signed per e-mail authority received April 13, 2012.)

DATED: April 13, 2012

                                   DEREK G. HOWARD
                                   BETHANY CARACUZZO
                                   MINAMI TAMAKI, LLP

                                   Attorneys for Plaintiff
                                   ERICH BREISACHER


                                   /s/ Elyse W. Grant

DATED: April 13, 2012

                                   JULIE L. TAYLOR
                                   JAMES F. ALEXANDER
                                   ELYSE W. GRANT
                                   KEESAL, YOUNG & LOGAN

                                   Attorneys for Defendants
                                   CITICORP INC., CITIBANK, N.A., and
                                   CITIGROUP GLOBAL MARKETS INC.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Charles R. Breyer]*