```
 1  JULIE L. TAYLOR, CASB No. 154341
    julie.taylor@kyl.com
 2  JAMES F. ALEXANDER, CASB No. 258111
    james.alexander@kyl.com
 3  ELYSE W. GRANT, CASB No. 271635
    KEESAL, YOUNG & LOGAN
 4  A Professional Corporation
    450 Pacific Avenue
 5  San Francisco, California  94133
    Telephone:     (415) 398-6000
 6  Facsimile:     (415) 981-0136

 7  Attorneys for Defendants
    CITICORP INC., CITIBANK, N.A., and
 8  CITIGROUP GLOBAL MARKETS INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH BREISACHER, an individual, | Case No. CV-12-1228 ~~LB~~ CRB |
| Plaintiffs, | **STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| CITICORP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff ERICH BREISACHER ("Plaintiff") and Defendants CITICORP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC. ("Defendants"), through their respective counsel, that Defendants, and each of them, may have up to and including **May 1, 2012**, within which to answer the Complaint filed by Plaintiff.  Defendants will file their Certificate of Interested Parties at that time.  This stipulation shall not be deemed a waiver of any defense that may be brought pursuant to Federal Rule of Civil Procedure 12(b).  There are no scheduled events or deadlines fixed by the Court that will be altered because of this enlargement of time.  Accordingly, no order of the Court approving this stipulation is

required. *See* Civ. L.R. 6-1(a).

DATED: April 13, 2012

/s/ Bethany Caracuzzo
(Signed per e-mail authority received April 13, 2012.)

DEREK G. HOWARD
BETHANY CARACUZZO
MINAMI TAMAKI, LLP

Attorneys for Plaintiff
ERICH BREISACHER

DATED: April 13, 2012

/s/ Elyse W. Grant

JULIE L. TAYLOR
JAMES F. ALEXANDER
ELYSE W. GRANT
KEESAL, YOUNG & LOGAN

Attorneys for Defendants
CITICORP INC., CITIBANK, N.A., and
CITIGROUP GLOBAL MARKETS INC.

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA